ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
American Ordnance LLC ) ASBCA No. 58340
)
Under Contract No. DAAA09-98-G-0011 )

APPEARANCE FOR THE APPELLANT: Mr. Ken Shin
President
JKS Industries, Inc.
St. Petersburg, FL

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Anthony V. Lenze, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 29 July 2014

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58340, Appeal of American Ordnance LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals